# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JAMES E. WENNERSTEIN**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #163817*

v.　　　　　　　**CASE NO. 2:25-CV-00084-BSM-JTK**

**SOUTHERLAND,** *et al.*　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After *de novo* of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 7] is adopted and James Wennerstein's petition for class action status [Doc. No. 6] is denied.

IT IS SO ORDERED this 17th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE