IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMES E. WENNERSTEIN                                                                PLAINTIFF
*ADC #163817*

v.                          CASE NO. 2:25-CV-00084-BSM

LINDA SOUTHERN, *et al.*                                                            DEFENDANTS

## ORDER

A recommended disposition [Doc. No. 37] and James Wennerstein's objections [Doc. No. 40] to that recommended disposition have been filed. Despite the fact that Wennerstein has filed a notice of interlocutory appeal [Doc. No. 41] of the order [Doc. No. 29] denying his petition for class action status, the recommended disposition is ripe for review because the factors to consider when deciding whether to stay a case pending appeal of a class certification ruling weigh against staying this case. *See Stuart v. State Farm Fire & Cas. Co.*, No. 4:14-cv-4001, 2017 WL 5952872, at *2 (W.D. Ark. Jan. 25, 2017) (setting forth the four-factor analysis).

Accordingly, after *de novo* of the record and the underlying cases that Wennerstein asserts cannot be counted as strikes so as to render him a three-striker, United States Magistrate Judge Jerome T. Kearney's recommended disposition is adopted, defendants' motion to revoke IFP status [Doc. No. 33] is granted, Wennerstein's *in forma pauperis* status is revoked, and his complaint is dismissed without prejudice.

If Wennerstein wishes to continue this case, he is required to submit the statutory filing and administrative fee of $405 to the clerk, noting the above case style and number

within fifteen days of this order together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 23rd day of July, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE