IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES E. WENNERSTEIN**　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #163817*

v.　　　　　　　**CASE NO. 2:25-CV-00084-BSM**

**LINDA SOUTHERN,** *et al.*　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE